** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SAMUEL T. MCCARTY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1-11-CV-323 |
| v. | § | |
| | § | JUDGE RON CLARK |
| I.S.C. CONSTRUCTORS, | § | |
| | § | SJF |
| *Defendant.* | § | |

## FINAL JUDGMENT

The court granted Defendant's Motion for Summary Judgment in this matter on February 24, 2015.  Doc. # 37.  In accordance with that Order, it is so ORDERED that Plaintiff Samuel T. McCarty shall take nothing, that costs be taxed against Plaintiff McCarty, and that all relief not specifically granted here is DENIED.  This is a Final Judgment disposing of the claims of all parties and is appealable.

So **ORDERED** and **SIGNED** this **28** day of **February, 2015.**

_____

Ron Clark, United States District Judge